**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| BROOKS INSTRUMENT, LLC and<br>BI PRODUCTS, LLC, | )<br>)<br>) | Civil Action No. 6:10-cv-223-LED |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | |
| MKS INSTRUMENTS, INC. | )<br>) | JURY TRIAL DEMANDED |
| Defendant. | )<br>) | |

## ORDER GRANTING STIPULATION OF DISMISSAL

Before the Court is the Stipulation of Dismissal by Plaintiffs Brooks Instrument, LLC, and BI Products, LLC, ("Plaintiffs") and Defendant MKS Instruments, Inc. ("MKS"). It is therefore ORDERED that any and all claims by Plaintiffs against MKS and all counterclaims by MKS against Plaintiffs are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

**So ORDERED and SIGNED this 28th day of February, 2011.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

14940218\V-2